UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2037
_____

STEPHANIE MURRIN,
Appellant

v.

COMMISSIONER OF INTERNAL REVENUE
_____

(U.S. Tax Court No. 19-14614)

_____

**SUR PETITION FOR REHEARING**
_____

Present: CHAGARES, <u>Chief Judge</u>, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and BOVE, <u>Circuit Judges</u>.


The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is GRANTED. The Clerk is directed to file the amended opinion contemporaneously with this order. As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

A majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is DENIED.

BY THE COURT,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: October 17, 2025

kr/cc: All Counsel of Record